```
BUCHALTER
A Professional Corporation
ROBERT S. MCWHORTER (SBN: 226186)
DIEA D. SCHUM (SBN: 332950)
ANREET K. TOOR (SBN: 341666)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: rmcwhorter@buchalter.com
       dschum@buchalter.com
       atoor@buchalter.com

Attorneys for Plaintiff
BANC OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANC OF CALIFORNIA, a California state-chartered bank, successor in interest to BANC OF CALIFORNIA, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>SEAN SCOTT MILLS, an individual, SHANNON C. MILLS, an individual, and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO.:<br><br>**VERIFIED COMPLAINT FOR:**<br><br>**(1) BREACH OF PROMISSORY NOTE AND SECURITY AGREEMENT**<br><br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff BANC OF CALIFORNIA, a California state-chartered bank, successor in interest to BANC OF CALIFORNIA, NATIONAL ASSOCIATION ("Bank"), alleges:

**PARTIES, JURISDICTION, AND VENUE**

1. The United States Court for the Central District of California has original jurisdiction over the action pursuant to 28 U.S.C § 1332 because the action is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00. *See* 28 U.S.C. § 1332.

2. There is complete diversity of citizenship under 28 U.S.C. § 1332(a). Bank is a

California state-chartered bank whose principal place of business is located in Los Angeles, California. Thus, Bank is a citizen of California.

3. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. (*See Maine Cmty. Health Options v. Albertsons Companies, Inc.*, 993 F.3d 720, 723 (9th Cir. 2021) ("In a diversity case originally filed in federal court, the 'sum claimed' in the complaint "controls if the claim is apparently made in good faith.").)

4. Defendant Sean Scott Mills ("Sean") is an individual who, upon information and belief, resides at 8400 Laurel Lakes Blvd., Naples, FL 34119. Therefore, Sean is a citizen of Florida.

5. Defendant Shannon C. Mills ("Shannon") is an individual who, upon information and belief, resides at 8400 Laurel Lakes Blvd., Naples, FL 34119. Therefore, Shannon is a citizen of Florida.

6. Defendant Sean and Defendant Shannon shall collectively be referred to as "Mills."

7. This Court has personal jurisdiction over Mills because Mills purposefully availed themselves of this Court's jurisdiction by, among other things, entering into agreements and contracts submitting to the jurisdiction of this state.

8. Venue is proper in this judicial district under 28 U.S.C. § 1391 because this jurisdiction is where a substantial part of the events or omissions giving rise to the claim occurred, where the contract was entered into, where the obligation was to be performed, and where the parties' agreement requires any and all disputes to be adjudicated.

9. The Bank is unaware of the true names, capacities, or basis for liabilities of defendants DOES 1 through 20, inclusive, and therefore sues said defendants by their fictitious names. The Bank will amend this complaint to allege their true names, capacities, or basis for liability when the same has been ascertained. At all times relevant to this action, each defendant, including those fictitiously named, was the agent, servant, employee, partner, joint venturer, or surety of the other defendants and was acting within the scope of said agency, employment, partnership, venture, or suretyship, with the knowledge and consent or ratification of each of the other defendants in doing the things alleged in this Complaint. Mills and DOES 1 through 20 shall collectively be called the "Defendants."

## FIRST CAUSE OF ACTION

### Breach of Promissory Note and Security Agreement

### (Against All Defendants)

10. The Bank incorporates by reference paragraphs 1 through 9 of this Complaint as if fully set forth herein.

**Loan Agreement**

11. On December 19, 2023, Woodside Credit, LLC ("Woodside") loaned $159,043.64 ("Loan") to Mills for the purchase of an automobile. To memorialize the Loan, the Mills, as makers, executed and delivered to the Woodside a Promissory Note and Security Agreement ("Loan Agreement"). A true and correct copy[1] of the Loan Agreement is attached to this Complaint as **Exhibit 1**, and is incorporated by reference.

12. On or about December 26, 2023, Woodside assigned all of its rights, title, and interests in the Loan Agreement to Plaintiff ("Assignment"). A true and correct copy of the Assignment is attached to this Complaint as **Exhibit 2**, and is incorporated by reference.

13. Under the Loan Agreement, Mills agreed, joint and severally, to pay the outstanding principal balance of the Loan and all accrued and unpaid interest by December 19, 2035 ("Maturity Date"). *See* Exhibit 1.

14. Under the Loan Agreement, Mills agreed to make monthly payments on the nineteenth day of each month from January 19, 2024, to the Maturity Date at the fixed interest rate of 9.04% per annum. *See* Exhibit 1.

15. To secure the Loan and the Loan Agreement, Mills granted Bank a security interest in that certain 2021 Mercedes-Benz G-Class, Vehicle Identification Number ("VIN") W1NYC7HJ8MX411409 ("Vehicle"). *See* Exhibit 1.

16. Under the Loan Agreement, Mills agreed to keep the Vehicle insured against the risk of loss with a Bank-approved insurance company in an amount equal to 100% insurable value on

---

[1] All exhibits attached to this Complaint are subject to redaction of account information as required under applicable law.

the replacement cost basis of the Vehicle, with the Bank as the loss payee and as an additional insured. *See* Exhibit 1, p. 2.

17. Under the Loan Agreement, Mills agreed to keep the Vehicle in good and first-rate repair and condition (damage from casualty not excepted) and "not sell, rent, lease, transfer any interest in the Vehicle, or apply for a certificate of title in another state without our express written consent." *See* Exhibit 1, p 2.

18. Under the Loan Agreement, a default is triggered by any of the following occurrences:

   a. Mills fails to make any regular monthly payment under the Loan when due, or pay any other amount due under the Loan Agreement;

   b. Mills gives the Bank false information in connection with this Loan;

   c. Mills fails to keep their promises or fulfill their obligations under the Loan Agreement;

   d. Mills dies and there is no surviving co-borrower;

   e. Mills becomes insolvent or files a petition in bankruptcy or a petition in bankruptcy is filed against you; or

   f. The Vehicle is used in a manner that is prohibited by the Loan Agreement.

*See* Exhibit 1, p. 2.

19. Under the Loan Agreement, Mills agreed to pay the Bank's reasonable attorney fees and costs incurred to enforce and collect amounts owed thereunder. *See* Exhibit 1, p. 2.

**Breach of the Loan Agreement**

20. Mills materially breached and defaulted under the Loan Agreement by:

   a. Renting, leasing, and/or transferring their interest in the Vehicle to a third-party without the Bank's approval;

   b. After renting, leasing, and/or transferring their interest in the Vehicle to a third-party, allowing the Vehicle to be stolen, which Vehicle remains unrecovered;

   c. Failing to maintain the Vehicle in good repair, leading to waste, impairment, deterioration, or alteration;

   d. Failing, upon information and belief, to pay insurance premiums and maintain continuous insurance coverage as required; and/or

   e. Taking or failing to take other actions as may be discovered.

21. Under the Loan Agreement, Mills, are liable, jointly and severally, for any default or breach under the Loan Agreement.

22. On September 12, 2024, the Bank notified Mills of their breach under the Loan Agreement. The Bank demanded in writing that Mills comply with the terms of the Loan Agreement by fully paying the Bank all amounts owed under the Loan Agreement. Despite these demands, Mills failed and refused to pay the Bank. A true and correct copy of this letter is attached to this Complaint as **Exhibit 3** and is incorporated by reference. No payment of the full amounts owed was forthcoming.

23. Mills breached the Loan Agreement by failing and refusing to pay the Bank as required and by breaching the Loan Agreement as specified above, making them fully responsible for all resulting damages, joint and severally.

24. The Bank fully performed under the Loan Agreement or was excused from such performance due to Mills' breach of the Loan Agreement described in this Complaint.

25. As a direct and proximate cause of Mills' material breach of the Loan Agreement, the Bank has suffered and continues to suffer damages in an amount to be determined at trial, plus interest, late charges, attorney fees and costs, and other charges owed under the Loan Agreement. Specifically, as a result of Mills' breach of the Loan Agreement, there is now due and owing, and unpaid from Mills, a sum totaling $150,667.71 as of February 28, 2025, which consists of the following:

| | |
|---|---|
| Unpaid Principal | $150,105.44 |
| Accrued Interest at 9.04%   (1/19/25 to 2/28/25) | $562.27 |
| Total as of February 11, 2025 | $150,667.71 |

Interest on the outstanding principal accrues at $37.48 per day after February 28, 2025. None of these amounts have been paid, although the Bank has demanded them from Mills.

26. The Loan Agreement provides that Mills will pay all of the Bank's expenses, including but not limited to reasonable attorney fees and costs incurred in enforcing the Loan Agreement. The Bank employed Buchalter, A Professional Corporation, to enforce the terms of the Loan Agreement and is entitled to recover its reasonable attorney fees and costs incurred due to the defaults under the Loan Agreement.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs BANC OF CALIFORNIA, a California state-chartered bank, successor in interest to BANC OF CALIFORNIA, NATIONAL ASSOCIATION requests that this Court enter judgment against Defendants SEAN SCOTT MILLS, SHANNON C. MILLS and DOES 1 through 20 inclusive, jointly and severally, as follows:

1. Awarding damages in favor of the Bank against Mills for breach of the Loan Agreement in the amount of $150,667.71 as of February 28, 2025, plus accrued interest after that date at the rate of 9.04% per year (or $37.48 per day) plus all late charges, fees, foreclosure fees, appraisal fees, and other reasonable charges as provided under the Loan Agreement, or for such other amounts according to proof;

2. Awarding the Bank its reasonable attorney fees and costs incurred; and

3. Granting other relief as is just and equitable.

Dated: February 28, 2025

BUCHALTER
A Professional Corporation

By: _____
ROBERT S. MCWHORTER
DIEA D. SCHUM
ANREET K. TOOR

Attorneys for Plaintiffs
BANC OF CALIFORNIA, a California state-chartered bank, successor in interest to BANC OF CALIFORNIA, NATIONAL ASSOCIATION

BN 87080638v6

6

VERIFIED COMPLAINT

**DEMAND FOR JURY TRIAL**

Plaintiff BANC OF CALIFORNIA requests a jury trial on all issues so triable.

Dated: February 28, 2025

BUCHALTER
A Professional Corporation

By: _____
ROBERT S. MCWHORTER
DIEA D. SCHUM
ANREET K. TOOR

Attorneys for Plaintiff
BANC OF CALIFORNIA, a California state-chartered bank, successor in interest to BANC OF CALIFORNIA, NATIONAL ASSOCIATION

**VERIFICATION**

I, Tiffany Liaw, on behalf of Plaintiff BANC OF CALIFORNIA, a California state-chartered bank, successor in interest to BANC OF CALIFORNIA, NATIONAL ASSOCIATION, am the Plaintiff in the above-entitled action, and I make this verification for that reason. I have read the foregoing Verified Complaint and know its contents.

Pursuant to California Civil Code sections 1812.10 or 2984.4, the matters stated in the foregoing Verified Complaint are true of my knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025 at Santa Ana, CA.

Signed by:
*[signature]*
Tiffany Liaw