JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BANC OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN SCOTT MILLS et al.,<br><br>Defendants. | Case No. 8:25-cv-00393-DFM<br><br>JUDGMENT |

IT IS HEREBY ORDERED THAT:

1.　Plaintiff Banc of California's Motion for Summary Judgment is GRANTED.

2.　Judgment is entered in favor of the Plaintiff and against Defendants Sean Scott Mills and Shannon C. Mills, joint and severally, on all claims adjudicated herein in the amount of $143,716.66.

3.　Plaintiff shall recover its costs of suit to the extent permitted by law.

Date: April 20, 2026

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge